AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

| | | |
|---|---|---|
| SHEARSON HAUGHTON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:20-cv-723-HTW-LRA |
| JA-CO FOODS, INC d/b/a SONIC DRIVE-IN'S | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JA-CO FOODS, INC d/b/a SONIC DRIVE-IN'S
Ernie L. Jacobsen, Registered Agent
111 Maxwell Lane
Columbus, MS 39702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   S. Craig Panter
Panter Law Firm, PLLC
7736 Old Canton Road, Suite B
Madison, Mississippi 39110

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Arthur Johnston
*CLERK OF COURT*

Date:   11/10/2020

_____
*Signature of Clerk or Deputy Clerk*