# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**SHEARSON HAUGHTON**                                                       **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 1:20-cv-241-SA-DAS**

**JA-CO FOODS, INC. d/b/a SONIC DRIVE-IN'S**                     **DEFENDANT**

## NOTICE OF APPEARANCE

COMES NOW, Timothy W. Lindsay of the law firm Butler Snow LLP and provides notice of appearance as counsel of record on behalf of Defendant Ja-Co Foods, Inc. d/b/a Sonic Drive In's in the above styled and numbered cause.

THIS, the 13th day of May, 2022.

                                       Respectfully submitted,

                                       **JA-CO FOODS, INC. d/b/a SONIC DRIVE-IN'S,**
                                       Defendant

                     By:  */s/ Timothy W. Lindsay*
                           Timothy W. Lindsay (MS Bar No. 1262)
                           Robin Banck Taylor (MS Bar No. 100195)

                         ITS ATTORNEY

OF COUNSEL:

Timothy W. Lindsay
Robin Banck Taylor
BUTLER SNOW LLP
MAILING: Post Office Box 6010
Ridgeland, Mississippi 39158-6010
PHYSICAL: 1020 Highland Colony Parkway,
SUITE 1400 (39157)
Telephone: (601) 985-4496
Facsimile: (601) 985-4500
Email: tim.lindsay@butlersnow.com
Email: robin.taylor@butlersnow.com

1

64335192.v1

# CERTIFICATE OF SERVICE

I, Timothy W. Lindsay, hereby certify that on this date I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

S. Craig Panter, Esq.
PANTER LAW FIRM, PLLC
7736 Old Canton Road, Suite B (39110)
Post Office Box 2310
Madison, MS 39130
Tel: (601) 607-3156
Fax: (877) 442-7002
Email: cpanter@craigpanterlaw.com

Ronald E. Stutzman, Jr., Esq.
THE STUTZMAN LAW FIRM, PLLC
106 Luckney Station Road, Suite B
Flowood, MS 39232
Tel: (769) 208-5683
Fax: (601) 202-3022
Email: rstutzman@stutzmanlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

This, the 13th day of May, 2022.

>                                    /s/ Timothy W. Lindsay
>                                    Timothy W. Lindsay

64335192.v1