IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**SHEARSON HAUGHTON**                                                                          **PLAINTIFF**

**V.**                                                  **CIVIL ACTION NO. 1:20-cv-241-SA-DAS**

**JA-CO FOODS, INC. d/b/a SONIC DRIVE-IN'S**                            **DEFENDANT**

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendant JA-Co Foods, Inc. d/b/a Sonic Drive-In's ("Defendant" or "Sonic") and Plaintiff Shearson Haughton, by and through counsel of record, hereby file this Stipulation of Voluntary Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii). The parties agree that this action be hereby dismissed **with prejudice**, with each party to bear its own attorneys' fees and costs.

WHEREFORE, the parties respectfully request that this Court dismiss this action **with prejudice**, with each party to bear its own costs and attorneys' fees.

This the 23nd day of June 2022.

                                                       Respectfully Submitted,

                                                       **JA-CO FOODS, INC. d/b/a SONIC DRIVE-IN'S,**
                                                       Defendant

                     BY:     */s/ Robin Banck Taylor*
                                   ROBIN BANCK TAYLOR (MSB #100195)

OF COUNSEL:
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
Post Office Box 6010
Ridgeland, Mississippi 39158-6010
Tel: (601) 948-5711
Fax: (601) 985-4500
Email: Robin.Taylor@butlersnow.com

**ATTORNEY FOR DEFENDANT**

64784558.v1

SHEARSON HAUGHTON, Plaintiff

BY: /s/ S. Craig Panter, Esq
S. Craig Panter, Esq. (MB #3999)


BY: /s/Ronald E. Stutzman, Jr.
Ronald E. Stutzman, Jr. (MB #101454)


OF COUNSEL:

S. Craig Panter, Esq.
Panter Law Firm, PLLC
7736 Old Canton Road, Suite B (39110)
Post Office Box 2310
Madison, MS 39130
Tel: (601) 607-3156
Fax: (877) 442-7002
Email: cpanter@craigpanterlaw.com

Ronald E. Stutzman, Jr., Esq.
The Stutzman Law Firm, PLLC
106 Luckney Station Road, Suite B
Flowood, MS 39232
Tel: (769) 208-5683
Fax: (601) 202-3022
Email: rstutzman@stutzmanlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I, Robin Banck Taylor, hereby certify that on this date I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

S. Craig Panter, Esq.
PANTER LAW FIRM, PLLC
7736 Old Canton Road, Suite B (39110)
Post Office Box 2310
Madison, MS 39130
Tel: (601) 607-3156
Fax: (877) 442-7002
Email: cpanter@craigpanterlaw.com

Ronald E. Stutzman, Jr., Esq.
THE STUTZMAN LAW FIRM, PLLC
106 Luckney Station Road, Suite B
Flowood, MS 39232
Tel: (769) 208-5683
Fax: (601) 202-3022
Email: rstutzman@stutzmanlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

This the 23nd day of June 2022.

                                              */s/ Robin Banck Taylor*
                                              ROBIN BANCK TAYLOR